

Marger Johnson
& McCollom PC

Patent Trademark Copyright
Litigation and Licensing
Alexander C. Johnson, Jr.

503.222.3613 *tel*
503.274.4622 *fax*
alex.johnson@techlaw.com

August 11, 2009

Mr. William Cieslinski, President
C2F Inc.
6600 SW 111th Avenue
Beaverton Oregon 97008

Re:    Too Marker's U.S. Trademark Registration No. 3,629,617
       Shin Han TOUCH markers
       Our Docket No. 9039-0008

Dear Mr. Cieslinski:

We represent Too Marker Products, Inc. in connection with its trademark matters.

Enclosed is a copy of Too Marker's U.S. Trademark Registration No. 3,629,617, which covers
the product configuration trademark of Too Marker's markers as shown and described in the
registration, and embodied in Too Marker's COPIC markers which your company has been
distributing for several years and which are shown on your Website at
http://www.c2f.com/html/category.asp?CategoryID=50.

Shin Han's TOUCH markers are now listed for sale on your Website at
http://www.c2f.com/html/categoryproduct.asp?CategoryID=50010.  Also enclosed are
photographs of TOUCH markers compared to COPIC markers. The TOUCH markers use a
product configuration that is substantially similar to that of Too Marker's registration and
markers and therefore creates a likelihood of confusion.

Accordingly, we request that you cease importing, distributing, advertising and selling the
TOUCH markers as shown in the accompanying photographs, and any confusingly similar
markers.

Please notify us promptly that you have ceased as requested, and the steps taken to remove
infringing markers from the market.

If you have any questions, please have your attorney call me.

Very truly yours,
MARGER JOHNSON & MCCOLLOM, P.C.

Alexander C. Johnson, Jr.

ACJ:cec

**EXHIBIT B**
**PAGE 1 of 5**

210 SW Morrison Street, Suite 400 Portland, Oregon USA 97204

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 3,629,617
Registered June 2, 2009

## TRADEMARK
### PRINCIPAL REGISTER



TOO MARKER PRODUCTS, INC. (JAPAN COR-
PORATION)
EBISU SUBARU BLDG 4F
20-8 EBISU 1-CHOME
SHIBUYA-KU TOKYO, JAPAN 150-0013

FOR: WRITING INSTRUMENTS, NAMELY,
MARKERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29,
37, 38 AND 50).

FIRST USE 3-31-1987; IN COMMERCE 12-31-1999.

THE STIPPLING IS FOR SHADING PURPOSES
ONLY.

THE MARK CONSISTS OF A CONFIGURATION
OF A MARKER HAVING A SQUARISH CROSS-
SECTIONAL SHAPE IN WHICH TERMINAL POR-

TIONS OF BOTH END CAPS OF THE MARKER ARE
INDENTED RELATIVE TO THE BODY OF THE
MARKER AND A BAND, WHICH INDICATES THE
PLACEMENT OF A CONTRASTING COLOR, IS
INTEGRALLY FORMED IN THE BODY OF THE
MARKER AT THE JUNCTURE OF THE END CAP
AND BODY, THE SQUARISH CROSS-SECTION
HAVING ROUNDED CORNERS AND THE END
CAPS HAVING FLAT ENDS, AS SHOWN BY SHAD-
ING IN THE DRAWING OF THE MARK.

SEC. 2(F).

SER. NO. 77-431,383, FILED 3-25-2008.

B. PARADEWELAI, EXAMINING ATTORNEY





EXHIBIT B
PAGE 4 of 5



EXHIBIT B
PAGE 5 of 5