
48
Yellow Green
Touch
YG03
Yellow Green
COPIC
YG03