ADMIN LOGIN

HOME
BLOG
PRODUCTS
DEALERS
INSTRUCTORS
LIBRARY
CERTIFICATION
FAQ
LINKS
CONTACT US

- Markers
    - Copic
        - Colors
        - Sets
        - Copic Kits
        - Nibs
    - Sketch
    - Ciao
    - Wide
    - Specialty Kits
    - Nibs
- Pens
- Paper
- Airbrush
- Books
- Cases & Displays
- DVD's
- TracePad
- Compliance & Safety







# Markers / Copic / Features

With its outstanding performance and creative versatility, the COPIC Marker System provides the ultimate solution to design flexibility and artistic liberty.



- Square body profile is roll resistant on working surfaces.
- Solid polypropylene body is both smooth and comfortable, for a perfect, controllable grip.
- Durable polyester nibs are easily interchangeable and available in nine different weights and styles.
- COPIC Markers come in 214 colors and are refillable with Various Inks.
- Electronic production guarantees consistency of both color and output.
- Precise and positive colored capping system provides for instant color selection.

- Body inscriptions and symbols are wear resistant and easily cleaned with COPIC cleaner.

COPIC products not intended for children ages 12 and under. COPIC Markers Distributed in the US and Canada by
Imagination International, Inc. PO Box 928, Eugene, OR 97440. All content Copyright © 2009 Copic Marker
unless otherwise noted. Copic is a registered trademark of .Too Marker Corporation, Japan.