

Whois domain name lookup, available domain names, domain keyword search, deleted domains:        Login | Register

**WHOIS Lookup**  [            ] .com    [Go!]   Lookup registration data for domains.
**Whois:**  copicmarker.net    copicmarker.org

## Available Domains For $9.95

- coppericlabel.com
- copicid.com
- mycopicmarker.com
- copicmarkerlive.com
- easycopicmarker.com
- copicmarkeronline.c...
- myofficericmarker.c...
- coppericlabel.net
- copicid.net
- coppericlabel.org
- mycopicmarker.net
- copicid.org
- copicmarkerlive.net
- easycopicmarker.net
- copicmarkeronline.n...
- mycopicmarker.org

[ORDER NOW]

## Premium Domains For Sale at Sedo
none

## WHOIS information for **copicmarker.com** :

```
[Querying whois.internic.net]
[Redirected to whois.enom.com]
[Querying whois.enom.com]
[whois.enom.com]
=-=-=-=

Registration Service Provided By: Enom, Inc
Contact: CustomerSupport@enom.com
Visit: www.enom.com

Domain name: copicmarker.com

Registrant Contact:
    Imagination International, Inc
    Courtney Stubbert ()
    
    Fax:
    PO Box 928
    Eugene, OR 97440
    US

Administrative Contact:
    Imagination International, Inc
    Courtney Stubbert (info@copicmarker.com)
    +1.5416840013
    Fax: +1.5416840140
    PO Box 928
    Eugene, OR 97440
    US

Technical Contact:
    Glacier Media
    Ryan Christensen (domains@glaciermedia.com)
    +1.4255777213
    Fax:
    35207 SE Ridge St.
    Snoqualmie, WA 98065
    US

Status: Locked

Name Servers:
    ns1.linode.com
```

```
    ns2.linode.com
    ns3.linode.com
    ns4.linode.com

Creation date: 12 Oct 1999 16:28:26
Expiration date: 12 Oct 2011 16:28:26


Get Noticed on the Internet!  Increase visibility for this domain name by listing it at www.whoisbusinesslistings.com
=-=-=-=
The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful
purposes and that, under no circumstances will you use this data to: (1)
enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or (2) allow,
enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic
mail, or by telephone. The compilation, repackaging, dissemination or
other use of this data is expressly prohibited without prior written
consent from us.

We reserve the right to modify these terms at any time. By submitting
this query, you agree to abide by these terms.
Version 6.3 4/3/2002
```

**Domain Information**
Domain Name Registration, News
Daily DNS Changes, ICANN

**WHOIS Resources**
Domain Names: WHOIS, AllWhois, Intl TLDs
IP Addresses: ARIN, RIPE NCC, APNIC

**Business Applications**
Microsoft Exchange 2007, Business Productivity,
SugarCRM Professional, McAfee Total Protection,
PC Data Backup

**Hosting Resources**
Web Hosting, VPS, Managed Hosting,
Windows Hosting, Windows Servers

**Domain Tools**
Ping, Whois By Ip Address, DIG,
Your IP Address, About Your Browser

Register your domain name now!

*Copyright © 1999-2009*


VERIO
An NTT Communications Company