Catalog Index  |      Markers  |     Markers Art :

## Touch Twin Tip Markers

The perfect illustration, animation, cartoon and design marker. Touch markers feature an odorless, AP non-toxic ethyl alcohol based ink. Vibrant ink colors allow crisp, clean artwork and will not dissolve toner ink. Available in 168 colors. Acid free.



| Description | Product# | Retail | Unit | UPC / EAN |
|---|---|---|---|---|
| #164 Anise Touch Marker | TCH-12111-164 | $6.00 | EA | 8809042056820 |
| #179 Aqua Mint Touch Marker | TCH-12111-179 | $6.00 | EA | 8809042056929 |
| #87 Azalea Purple Touch Marker | TCH-12111-87 | $6.00 | EA | 8809042056431 |
| #66 Baby Blue Touch Marker | TCH-12111-66 | $6.00 | EA | 8809042056257 |
| #133 Baby Skin Pink Touch Marker | TCH-12111-133 | $6.00 | EA | 8809042056653 |
| #29 Barely Beige Touch Marker | TCH-12111-29 | $6.00 | EA | 8809042055922 |
| #120 Black Touch Marker | TCH-12111-120 | $6.00 | EA | 8809042056622 |
| Blue Grey 1 Touch Marker | TCH-12111-BG-1 | $6.00 | EA | 8809042058251 |
| Blue Grey 3 Touch Marker | TCH-12111-BG-3 | $6.00 | EA | 8809042058268 |
| Blue Grey 5 Touch Marker | TCH-12111-BG-5 | $6.00 | EA | 8809042058275 |
| Blue Grey 7 Touch Marker | TCH-12111-BG-7 | $6.00 | EA | 8809042058282 |
| Blue Grey 9 Touch Marker | TCH-12111-BG-9 | $6.00 | EA | 8809042058299 |
| #136 Blush Touch Marker | TCH-12111-136 | $6.00 | EA | 8809042056691 |
| #74 Brilliant Blue Touch Marker | TCH-12111-74 | $6.00 | EA | 8809042056332 |
| #99 Bronze Touch Marker | TCH-12111-99 | $6.00 | EA | 8809042056547 |
| #42 Bronze Green Touch Marker | TCH-12111-42 | $6.00 | EA | 8809042056028 |
| #104 Brown Grey Touch Marker | TCH-12111-104 | $6.00 | EA | 8809042056592 |
| #94 Burnt Brown Touch Marker | TCH-12111-94 | $6.00 | EA | 8809042056493 |
| #93 Burnt Orange Touch Marker | TCH-12111-93 | $6.00 | EA | 8809042056486 |
| #95 Burnt Sienna Touch Marker | TCH-12111-95 | $6.00 | EA | 8809042056509 |
| #141 Buttercup Yellow Touch Marker | TCH-12111-141 | $6.00 | EA | 8809042056745 |
| #45 Canaria Yellow Touch Marker | TCH-12111-45 | $6.00 | EA | 8809042056059 |
| #11 Carmine Touch Marker | TCH-12111-11 | $6.00 | EA | 8809042055762 |
| #63 Cerulean Blue Touch Marker | TCH-12111-63 | $6.00 | EA | 8809042056226 |
| #5 Cherry Pink Touch Marker | TCH-12111-5 | $6.00 | EA | 8809042055694 |
| #98 Chestnut Brown Touch Marker | TCH-12111-98 | $6.00 | EA | 8809042056530 |
| #92 Chocolate Touch Marker | TCH-12111-92 | $6.00 | EA | 8809042056479 |
| #71 Cobalt Blue Touch Marker | TCH-12111-71 | $6.00 | EA | 8809042056301 |
| #0 Colorless Blender Touch Marker | TCH-12111-0 | $6.00 | EA | 8809042058046 |
| Cool Grey 0.5 Touch Marker | TCH-12111-CG-0.5 | $6.00 | EA | 8809042058152 |
| Cool Grey 1 Touch Marker | TCH-12111-CG-1 | $6.00 | EA | 8809042058169 |
| Cool Grey 2 Touch Marker | TCH-12111-CG-2 | $6.00 | EA | 8809042058176 |
| Cool Grey 3 Touch Marker | TCH-12111-CG-3 | $6.00 | EA | 8809042058183 |
| Cool Grey 4 Touch Marker | TCH-12111-CG-4 | $6.00 | EA | 8809042058190 |
| Cool Grey 5 Touch Marker | TCH-12111-CG-5 | $6.00 | EA | 8809042058206 |
| Cool Grey 6 Touch Marker | TCH-12111-CG-6 | $6.00 | EA | 8809042058213 |
| Cool Grey 7 Touch Marker | TCH-12111-CG-7 | $6.00 | EA | 8809042058220 |
| Cool Grey 8 Touch Marker | TCH-12111-CG-8 | $6.00 | EA | 8809042058237 |
| Cool Grey 9 Touch Marker | TCH-12111-CG-9 | $6.00 | EA | 8809042058244 |
| #178 Cool Shadow Touch Marker | TCH-12111-178 | $6.00 | EA | 8809042056912 |
| #16 Coral Pink Touch Marker | TCH-12111-16 | $6.00 | EA | 8809042055816 |
| #12 Coral Red Touch Marker | TCH-12111-12 | $6.00 | EA | 8809042055779 |
| #7 Cosmos Touch Marker | TCH-12111-7 | $6.00 | EA | 8809042055717 |
| #36 Cream Yellow Touch Marker | TCH-12111-36 | $6.00 | EA | 8809042055984 |
| #75 Dark Blue Light Touch Marker | TCH-12111-75 | $6.00 | EA | 8809042056349 |
| #51 Dark Green Touch Marker | TCH-12111-51 | $6.00 | EA | 8809042056110 |
| #31 Dark Yellow Touch Marker | TCH-12111-31 | $6.00 | EA | 8809042055939 |
| #52 Deep Green Touch Marker | TCH-12111-52 | $6.00 | EA | 8809042056127 |
| #43 Deep Olive Touch Marker | TCH-12111-43 | $6.00 | EA | 8809042056035 |
| #10 Deep Red Touch Marker | TCH-12111-10 | $6.00 | EA | 8809042055748 |
| #81 Deep Violet Touch Marker | TCH-12111-81 | $6.00 | EA | 8809042056370 |
| #32 Deep Yellow Touch Marker | TCH-12111-32 | $6.00 | EA | 8809042055946 |
| #173 Dim Green Touch Marker | TCH-12111-173 | $6.00 | EA | 8809042056882 |
| #55 Emerald Green Touch Marker | TCH-12111-55 | $6.00 | EA | 8809042056158 |
| #139 Flesh Touch Marker | TCH-12111-139 | $6.00 | EA | 8809042056721 |
| #121 Fluorescent Coral Red Touch Marker | TCH-12111-121 | $6.00 | EA | 8809042056981 |
| #124 Fluorescent Green Touch Marker | TCH-12111-124 | $6.00 | EA | 8809042058015 |
| #122 Fluorescent Orange Touch Marker | TCH-12111-122 | $6.00 | EA | 8809042056998 |
| #126 Fluorescent Pink Touch Marker | TCH-12111-126 | $6.00 | EA | 8809042058039 |
| #125 Fluorescent Rose Touch Marker | TCH-12111-125 | $6.00 | EA | 8809042058022 |
| #123 Fluorescent Yellow Touch Marker | TCH-12111-123 | $6.00 | EA | 8809042058008 |
| #50 Forest Green Touch Marker | TCH-12111-50 | $6.00 | EA | 8809042056103 |
| #22 French Vermilion Touch Marker | TCH-12111-22 | $6.00 | EA | 8809042055854 |

Catalog Index | Markers | Markers Art :

# COPIC Original COPIC Marker

COPIC markers are fast drying, double-ended refillable markers featuring permanent, non-toxic ink. The original COPIC marker is ideal for calligraphy, airbrushing and graphic arts. The broad nib offers smooth, consistent coverage for larger areas, while the fine nib allows for easy detail work. Optional replacement nibs are available.

| Description | Product# | Retail | Unit | UPC / EAN |
|---|---|---|---|---|
| Colorless Blender Copic Marker | COP-0-C | $6.49 | EA | 4511338000458 |
| Black Copic Marker | COP-100-C | $6.49 | EA | 4511338000465 |
| Special Black Copic Marker | COP-110-C | $6.49 | EA | 4511338000472 |
| Frost Blue Copic Marker | COP-B00-C | $6.49 | EA | 4511338000489 |
| Mint Blue Copic Marker | COP-B01-C | $6.49 | EA | 4511338000496 |
| Robins Egg Copic Marker | COP-B02-C | $6.49 | EA | 4511338000502 |
| Tahitian Blue Copic Marker | COP-B04-C | $6.49 | EA | 4511338000519 |
| Process Blue Copic Marker | COP-B05-C | $6.49 | EA | 4511338000526 |
| Peacock Blue Copic Marker | COP-B06-C | $6.49 | EA | 4511338000533 |
| Ice Blue Copic Marker | COP-B12-C | $6.49 | EA | 4511338000540 |
| Light Blue Copic Marker | COP-B14-C | $6.49 | EA | 4511338000557 |
| Cyanine Blue Copic Marker | COP-B16-C | $6.49 | EA | 4511338000564 |
| Lapis Lazuli Copic Marker | COP-B18-C | $6.49 | EA | 4511338000571 |
| Baby Blue Copic Marker | COP-B21-C | $6.49 | EA | 4511338000588 |
| Phthalo Blue Copic Marker | COP-B23-C | $6.49 | EA | 4511338000595 |
| Sky Copic Marker | COP-B24-C | $6.49 | EA | 4511338000601 |
| Cobalt Blue Copic Marker | COP-B26-C | $6.49 | EA | 4511338000618 |
| Ultramarine Blue Copic Marker | COP-B29-C | $6.49 | EA | 4511338000625 |
| Pale Blue Copic Marker | COP-B32-C | $6.49 | EA | 4511338000632 |
| Manganese Blue Copic Marker | COP-B34-C | $6.49 | EA | 4511338000649 |
| Antwerp Blue Copic Marker | COP-B37-C | $6.49 | EA | 4511338000656 |
| Prussian Blue Copic Marker | COP-B39-C | $6.49 | EA | 4511338000663 |
| Powder Blue Copic Marker | COP-B41-C | $6.49 | EA | 4511338000670 |
| Smoky Blue Copic Marker | COP-B45-C | $6.49 | EA | 4511338000687 |
| New Blue Copic Marker | COP-BG02-C | $6.49 | EA | 4511338000694 |
| Holiday Blue Copic Marker | COP-BG05-C | $6.49 | EA | 4511338000700 |
| Blue Green Copic Marker | COP-BG09-C | $6.49 | EA | 4511338000717 |
| Cool Shadow Copic Marker | COP-BG10-C | $6.49 | EA | 4511338000724 |
| Moon White Copic Marker | COP-BG11-C | $6.49 | EA | 4511338000731 |
| Mint Green Copic Marker | COP-BG13-C | $6.49 | EA | 4511338000748 |
| Aqua Copic Marker | COP-BG15-C | $6.49 | EA | 4511338000755 |
| Teal Blue Copic Marker | COP-BG18-C | $6.49 | EA | 4511338000762 |
| Aqua Mint Copic Marker | COP-BG32-C | $6.49 | EA | 4511338000779 |
| Horizon Green Copic Marker | COP-BG34-C | $6.49 | EA | 4511338000786 |
| Nile Blue Copic Marker | COP-BG45-C | $6.49 | EA | 4511338000793 |
| Duck Blue Copic Marker | COP-BG49-C | $6.49 | EA | 4511338000809 |
| Fragstone Blue Copic Marker | COP-BG99-C | $6.49 | EA | 4511338000816 |
| Mauve Shadow Copic Marker | COP-BV00-C | $6.49 | EA | 4511338000823 |
| Blueberry Copic Marker | COP-BV04-C | $6.49 | EA | 4511338000830 |
| Blue Violet Copic Marker | COP-BV08-C | $6.49 | EA | 4511338000847 |
| Gray Lavendar Copic Marker | COP-BV23-C | $6.49 | EA | 4511338000854 |
| Pale Lavendar Copic Marker | COP-BV31-C | $6.49 | EA | 4511338000861 |
| Cool Gray 0 Copic Marker | COP-C0-C | $6.49 | EA | 4511338000014 |
| Cool Gray 1 Copic Marker | COP-C1-C | $6.49 | EA | 4511338000021 |
| Cool Gray 2 Copic Marker | COP-C2-C | $6.49 | EA | 4511338000038 |
| Cool Gray 3 Copic Marker | COP-C3-C | $6.49 | EA | 4511338000045 |
| Cool Gray 4 Copic Marker | COP-C4-C | $6.49 | EA | 4511338000052 |
| Cool Gray 5 Copic Marker | COP-C5-C | $6.49 | EA | 4511338000069 |
| Cool Gray 6 Copic Marker | COP-C6-C | $6.49 | EA | 4511338000076 |
| Cool Gray 7 Copic Marker | COP-C7-C | $6.49 | EA | 4511338000083 |
| Cool Gray 8 Copic Marker | COP-C8-C | $6.49 | EA | 4511338000090 |
| Cool Gray 9 Copic Marker | COP-C9-C | $6.49 | EA | 4511338000106 |
| Cool Gray 10 Copic Marker | COP-C10-C | $6.49 | EA | 4511338000113 |
| Skin White Copic Marker | COP-E00-C | $6.49 | EA | 4511338000878 |
| Fruit Pink Copic Marker | COP-E02-C | $6.49 | EA | 4511338000885 |
| Lipstick Natural Copic Marker | COP-E04-C | $6.49 | EA | 4511338000892 |
| Light Mahogany Copic Marker | COP-E07-C | $6.49 | EA | 4511338000908 |
| Burnt Sienna Copic Marker | COP-E09-C | $6.49 | EA | 4511338000915 |
| Bareley Beige Copic Marker | COP-E11-C | $6.49 | EA | 4511338000922 |
| Light Suntan Copic Marker | COP-E13-C | $6.49 | EA | 4511338000939 |
| Dark Suntan Copic Marker | COP-E15-C | $6.49 | EA | 4511338000946 |
| Redwood Copic Marker | COP-E19-C | $6.49 | EA | 4511338000953 |
| Baby Skin Pink Copic Marker | COP-E21-C | $6.49 | EA | 4511338000960 |
| Caribe Cocoa Copic Marker | COP-E25-C | $6.49 | EA | 4511338000977 |
| Africano Copic Marker | COP-E27-C | $6.49 | EA | 4511338000984 |
| Burnt Umber Copic Marker | COP-E29-C | $6.49 | EA | 4511338000991 |
| Brick Beige Copic Marker | COP-E31-C | $6.49 | EA | 4511338001004 |
| Sand Copic Marker | COP-E33-C | $6.49 | EA | 4511338001011 |
| Orientale Copic Marker | COP-E34-C | $6.49 | EA | 4511338001028 |
| Chamois Copic Marker | COP-E35-C | $6.49 | EA | 4511338001035 |