

**EXHIBIT 1**
Answer, Aff'm Defenses & Counterclaims
USDC Oregon Civil Case #09-1013-PK