IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


**TOO MARKER PRODUCTS, INC. a**
**Japanese corporation, and**
**IMAGINATION INTERNATIONAL,**
**INC., an Oregon corporation**,

        Plaintiffs,

        v.

**SHINHAN ART MATERIALS, INC., a**
**Korean corporation, SHINHAN USA,**
**C2F, INC., an Oregon corporation, and**
**BONGKEUN HAN, an individual**,

        Defendants.

No. CV 09-1013-PK

OPINION AND ORDER


**MOSMAN, J.**,

On October 1, 2010, Magistrate Judge Papak issued Findings and Recommendation ("F&R") (#131) in the above-captioned case recommending that I deny defendant's Motion for Summary Judgment (#49), plaintiff's Motion to Strike (#78), and plaintiff's Cross Motion for Partial Summary Judgment (#81). Defendants filed objections (#137) and plaintiffs responded (#139).

**STANDARD OF REVIEW**

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to

1

make a de novo determination of those portions of the report or specified findings or

recommendation as to which an objection is made.  28 U.S.C. § 636(b)(1)(C).  However, the

court is not required to review, under a de novo or any other standard, the factual or legal

conclusions of the magistrate judge as to those portions of the F&R to which no objections are

addressed.  *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328

F.3d 1114, 1121 (9th Cir. 2003).  While the level of scrutiny under which I am required to

review the F&R depends on whether or not objections have been filed, in either case, I am free to

accept, reject, or modify any of the magistrate judge's F&R.  28 U.S.C. § 636(b)(1)(C).

Upon review, I ADOPT Judge Papak's F&R (#131) as my own and I DENY defendant's

Motion for Summary Judgment (#49), plaintiff's Motion to Strike (#78), and plaintiff's Cross

Motion for Partial Summary Judgment (#81).

IT IS SO ORDERED.

DATED this __17th__ day of November, 2010.

/s/ Michael W. Mosman_____
MICHAEL W. MOSMAN
United States District Court