**Robert A. Shlachter**, OSB No. 911718
Email:  rshlachter@stollberne.com
**Timothy S. DeJong**, OSB No. 940662
Email: tdejong@stollberne.com
**Jacob S. Gill**, OSB No. 033238
Email: jgill@stollberne.com
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. Oak Street, Fifth Floor
Portland, Oregon 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840

**Alexander C. Johnson, Jr.**, OSB No. 782588
Email: alex@techlaw.com
**Hillary A. Brooks**, Oregon State Bar No. 012138
Email: hillary@techlaw.com
MARGER JOHNSON & McCOLLOM, P.C.
210 SW Morrison Street, Ste. 400
Portland, Oregon  97204
Telephone: (503) 222-3613
Facsimile:  (503) 274-4622

**Attorneys for Plaintiffs**

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **TOO MARKER PRODUCTS, INC.**, a Japanese corporation, and **IMAGINATION INTERNATIONAL, INC.**, an Oregon corporation,<br><br>Plaintiffs,<br><br>v.<br><br>**SHINHAN ART MATERIALS, INC.**, a Korean corporation, **SHINHAN USA**, **C2F, INC.**, an Oregon corporation, and **BONGKEUN HAN**, an individual,<br><br>Defendants. | Case No. CV-09-1013-PK<br><br>**JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT** |

Pursuant to LR 16.4(d), the parties to all cases, unless exempt, are required to confer regarding ADR and file this report within one-hundred fifty (150) days of the initiation of a lawsuit. This report is submitted in compliance with LR 16.4(d).

1. Have counsel held settlement discussions with their clients and the opposing party?
   __X__ Yes   _____ No   If not, provide an explanation:

2. The parties propose: (*check one of the following*)

   _____(a) Referring this case to a neutral of their choice for ADR not sponsored by the court.

   _____(b) That the court refer this case to a court sponsored mediation using a volunteer mediator pursuant to LR 16.4. The parties seek a volunteer mediator because:

   _____(c) ADR may be helpful at a later date following completion of:

   _____(d) The parties believe the court would be of assistance in preparing for ADR by:

   _____(e) The parties do not believe that any form of ADR will result in the resolution of this case.

   __X__(f) Other: The parties are currently engaged in informal settlement negotiations. In the event the informal negotiations do not resolve the case, the parties will confer as to whether ADR may be helpful.

   DATED this 16th day of March, 2011.

                              STOLL STOLL BERNE LOKTING & SHLACHTER P.C.

                              By:  /s/ Timothy S. DeJong
                                 **Robert A. Shlachter,** OSB No. 911718
                                 **Timothy S. DeJong,** OSB No. 940662
                                 **Jacob S. Gill**, OSB No. 033238
                              209 S.W. Oak Street, Fifth Floor
                              Portland, Oregon 97204
                              Telephone: (503) 227-1600
                              Facsimile: (503) 227-6840
                              Email: rshlachter@stollberne.com
                                     tdejong@stollberne.com
                                     jgill@stollberne.com

                              -AND-

PAGE 1 - **JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT**

**Alexander C. Johnson, Jr.**, OSB No. 782588
**Hillary A. Brooks**, Oregon State Bar No. 012138
MARGER JOHNSON & McCOLLOM, P.C.
210 SW Morrison Street, Ste. 400
Portland, Oregon 97204
Telephone: (503) 222-3613
Facsimile: (503) 274-4622
Email: alex@techlaw.com
           hillary@techlaw.com

**Attorney for Plaintiffs**

-AND-

DAVIS WRIGHT TREMAINE LLP

By: /s/ Robert D. Newell
   Robert D. Newell
   1300 SW 5th Ave., Suite 2300
   Portland, OR  97201
   Phone  503 778-5234
   Fax  503 778-5299
   Email  bobnewell@dwt.com

**Attorneys for Defendants**

PAGE 2 - **JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT**