UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**TOO MARKER PRODUCTS, INC.**, a
Japanese corporation, and **IMAGINATION INTERNATIONAL, INC.**, an Oregon corporation,

        Plaintiffs,

        v.

**SHINHAN ART MATERIALS, INC.**, a Korean corporation, **SHINHAN USA**, and **SHINHAN USA, LLC**, a West Virginia limited liability company,

        Defendants.

Case No. CV-09-1013-PK

**SETTLEMENT ORDER AND DISMISSAL**

PAPAK, Judge:

    Based on the record in this case, the parties' resolution of their differences in accordance with a fully executed settlement agreement, and the parties' consent and stipulation to the entry of the following judgment:

    IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:

    1.    This court has jurisdiction over the parties to this action and over the subject matter of this action.

1

2. This Settlement Order and Dismissal is subject to all terms of the Confidential Settlement Agreement dated as of April 13, 2011, entered into by and between Too Marker Products, Inc., and Imagination International, Inc., on the one hand, and Shinhan Art Materials, Inc., and Shinhan USA, and Shinhan USA, LLC, on the other hand (the "Settlement Agreement").

3. All claims asserted in this case by plaintiffs, or any of them, against defendants, or any of them, are hereby dismissed with prejudice, and all counterclaims asserted in this case by defendants, or any of them, against plaintiffs, or any of them, are hereby dismissed with prejudice.

4. This court shall retain continuing subject matter and personal jurisdiction for the purposes of construing or enforcing the terms of this Settlement Order and Dismissal and the Settlement Agreement between the parties, or for resolving any other dispute arising hereunder.

5. Each party shall bear its own costs and disbursements.

6. There shall be no appeal from this Settlement Order and Dismissal.

IT IS SO ORDERED.

DATED this _____ day of _____, 2011.

_____
Honorable Paul Papak
United States Magistrate Judge