FILED

APR 2 8 2011

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

TOO MARKER PRODUCTS, INC., a
Japanese corporation, and IMAGINATION
INTERNATIONAL, INC., an Oregon
corporation,

                Plaintiffs,

                v.

SHINHAN ART MATERIALS, INC., a
Korean corporation, SHINHAN USA, and
SHINHAN USA, LLC, a West Virginia
limited liability company,

                Defendants.

Case No. CV-09-1013-PK

SETTLEMENT ORDER
AND DISMISSAL

PAPAK, Judge:

       Based on the record in this case, the parties' resolution of their differences in accordance

with a fully executed settlement agreement, and the parties' consent and stipulation to the entry

of the following judgment:

       IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:

       1.     This court has jurisdiction over the parties to this action and over the subject

matter of this action.

2.    This Settlement Order and Dismissal is subject to all terms of the Confidential Settlement Agreement dated as of April 13, 2011, entered into by and between Too Marker Products, Inc., and Imagination International, Inc., on the one hand, and Shinhan Art Materials, Inc., and Shinhan USA, and Shinhan USA, LLC, on the other hand (the "Settlement Agreement").

3.    All claims asserted in this case by plaintiffs, or any of them, against defendants, or any of them, are hereby dismissed with prejudice, and all counterclaims asserted in this case by defendants, or any of them, against plaintiffs, or any of them, are hereby dismissed with prejudice.

4.    This court shall retain continuing subject matter and personal jurisdiction for the purposes of construing or enforcing the terms of this Settlement Order and Dismissal and the Settlement Agreement between the parties, or for resolving any other dispute arising hereunder.

5.    Each party shall bear its own costs and disbursements.

6.    There shall be no appeal from this Settlement Order and Dismissal.

IT IS SO ORDERED.

DATED this 28ᵗʰ day of April, 2011.

Honorable Paul Papak
United States Magistrate Judge

2